UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINA PRESS,

Plaintiff,

Case:  5:06-CV-10281
O'Meara, John Corbett

v

STATE FARM INSURANCE COMPANIES
And METROPOLITAN LIFE INSURANCE
COMPANY,

    Defendants.
_____/

**ALYSON OLIVER   (P55020)**
**OLIVER & ASSOCIATES**
Attorney for Plaintiff
995 W. Huron Street
Waterford, Michigan  48328
(248) 682-9396

**DAVID M. DAVIS   (P24006)**
**HARDY, LEWIS & PAGE, P.C.**
Attorneys for Defendant, Metropolitan
401 South Woodward Ave., Suite 400
Birmingham, Michigan  48009
(248) 645-0800

**MICHAEL P. DANIELS   (P35009)**
**ROMAIN, KUCK & EGERER, P.C.**
Attorney for Defendant State Farm
24901 Northwestern Highway, Suite 400
Southfield, Michigan  48075
(248) 358-4490
_____/

LAW OFFICES
**ROMAIN, KUCK & EGERER, P.C.**
24901 NORTHWESTERN HIGHWAY, SUITE 400
SOUTHFIELD, MICHIGAN  48075
(248) 358-4490

### ORDER OF PARTIAL SUMMARY DISPOSITION

  At a session of said Court held in the
  City of Pontiac, County of Oakland
  State of Michigan, on 6/7/06

  PRESENT:  Hon:  John Corbett O'Meara
        U.S. District  Judge

  This matter having come before the Court pursuant to MCR 2.119(D), and the Court being otherwise fully advised in the premises;

  **IT IS HEREBY ORDERED AND ADJUDGED** that any and all claims Plaintiff may have against Defendant State Farm Insurance Company or State Farm Mutual Automobile Insurance

Company, only, seeking exemplary, punitive, or extra-contractual damages of any kind, outside of the scope provided for under the Michigan No-Fault Act, same being MCLA § 500.3101, et. seq., be and hereby are dismissed without prejudice and without costs.

                                        s/JOHN CORBETT O'MEARA
                                        U. S. DISTRICT JUDGE

**I DO HEREBY STIPULATE TO THE
ABOVE ORDER:**


s/with consent of Alyson Oliver
_____
**ALYSON OLIVER**
Attorney for Plaintiff
995 W. Huron Street
Waterford, Michigan  48328
(248) 682-9396
mealyson@aol.com
P55020


s/Michael P. Daniels
_____
**MICHAEL P. DANIELS**
Attorney for Defendant
24901 Northwestern Highway, Suite 400
Southfield, Michigan
(248) 358-4490
mpdaniels@rkelaw.com
P35009


Dated:  June 7, 2006

LAW OFFICES
**ROMAIN, KUCK & EGERER, P.C.**
24901 NORTHWESTERN HIGHWAY, SUITE 400
SOUTHFIELD, MICHIGAN  48075
(248) 358-4490